AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means          ☑ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of <br><br> TWO CELL PHONES, A SAMSUNG MODEL SM-N930U AND WIKO LIFE MODEL C210AE, CURRENTLY LOCATED AT A SHIPPING FACILITY IN WASHINGTON, D.C., UNDER RULE 41 | Case No. 21-sw-33 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Columbia_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

**YOU ARE COMMANDED** to execute this warrant on or before   _____February 11, 2021_____   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   _____G. Michael Harvey, U.S. Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   01/30/2021          *[signature]*     Digitally signed by G. Michael Harvey
                                                              Date: 2021.01.30 12:02:18 -05'00'
                                                *Judge's signature*

City and state:   Washington, D.C.              G. Michael Harvey, U.S. Magistrate Judge
                                                    *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 21-sw-33 | Date and time warrant executed: 2/9/2021  1200hrs. | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

1. Cell Data From Listed Samsung in Attachment A.
2. Cell Data From Listed Wiko Life in Attachment A.

*NOTHING BELOW THIS LINE*

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/9/2021

_Executing officer's signature_

TFO John M. Mocello, FBI
_Printed name and title_